E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
DIANE ROLDÁN (Cal. Bar No. 288224)
Assistant United States Attorney
General Crimes Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6567
    Facsimile: (213) 894-0141
    Email:    diane.roldan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>         v.<br><br>MICKEY SCHULTE,<br><br>      Defendant. | No. 8:23-cr-00120-AB<br><br>GOVERNMENT'S SUPPLEMENTAL SENTENCING POSITION; DECLARATION OF DIANE ROLDÁN<br><br>Hearing Date: June 7, 2024<br>Hearing Time: 1:30 p.m.<br>Location:    Courtroom of the Honorable Andre Birotte, Jr. |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Diane Roldán, hereby files its Supplemental Sentencing Position.

This Supplement is based upon the Declaration of Diane Roldán, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: June 6, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


_____/s/_____
DIANE ROLDÁN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DECLARATION OF DIANE ROLDÁN

I, Diane Roldán, declare as follows:

1.    I am an Assistant United States Attorney for the Central District of California and am responsible for prosecuting the case of United States v. Mickey Schulte, 8:23-CR-00120-AB.

2.    A report was produced in this matter at bates USAO_000475-478.  According to the report, Drug Enforcement Administration Task Force Officer (TFO) Dillon Titus performed a manual review of a digital device (designated as N-21) seized from defendant on August 10, 2024, pursuant to a search warrant executed at defendant's residence, and recorded relevant evidence.

3.    Attached hereto as Exhibit 1 is a true and correct copy of the file "Exhibit N-21 (7)," a photograph of a cellular device produced in this matter at bates USAO_000467.

4.    Attached hereto as Exhibit 2 are true and correct copies of the files "Exhibit N-21 (10)" and "Exhibit N-21 (11)," photographs of a cellular device produced in this matter at bates USAO_000470-471.

5.    Attached hereto as Exhibit 3 are true and correct copies of the files "Ghost Glock, Loaded Mags, Ammo - Inside Bag in Closet 2 - 5.jpg" and "Ghost Glock, Loaded Mags, Ammo - Inside Bag in Closet 2 - 9.jpg," produced in this matter at bates USAO_000362.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on June 6, 2024.

_____
DIANE ROLDÁN

# EXHIBIT 1



USAO 000467

# EXHIBIT 2

This version of Signal has expired. Update now to send and receive messages.

Update now

▶◀ Unanswered video call · 7:16 pm



7:17 pm

I will call you back I'm at work 7:17 pm

No sir but I got a little bit of work to move 7:18 pm

That's awesome bro

You got it 7:19 pm

You don't recognize my Glock 19 lol 7:19 pm

This version of Signal has expired. Update now to send and receive messages.

Update Signal

USAO 000470



USAO_000471

# EXHIBIT 3



